UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT A. MESITE, INDIVIDUALLY and as | : | |
| TRUSTEE OF THE ROBERT A. MESITE 2003 | : | |
| RESIDENTIAL TRUST and the ROBERT A. | : | |
| MESITE 2012 RECOVABLE TRUST | : | CIVIL ACTION NO.: |
| | : | 3:17-cv-01630-AWT |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| HARLEYSVILLE PREFERRED INSURANCE | : | |
| COMPANY | : | |
| | : | |
| *Defendants.* | : | APRIL 29, 2019 |

### DEFENDANT HARLEYSVILLE PREFERRED INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Harleysville Preferred Insurance Company ("Harleysville") hereby moves to dismiss Counts I, III, and IV of Plaintiff Robert A Mesite, individually and as trustee of the Robert A. Mesite 2003 Residential Trust and the Robert A. Mesite 2012 Revocable Trust's ("Plaintiff") Second Amended Complaint, as well as the corresponding claim for relief.  Harleysville submits the accompanying Memorandum of Law in support thereof.

This case arises from a straightforward insurance coverage dispute.  Plaintiff asserts claims against Harleysville for: (1) declaratory judgment; (2) breach of contract; (3) breach of the covenant of good faith and fair dealing; and (4) violations of the Connecticut Unfair Trade Practices Act ("CUTPA") and the Connecticut Unfair Insurance Practices Act ("CUIPA"). For the reasons set forth in Harleysville's Memorandum of Law, Counts I, III and IV must be dismissed. In particular, Plaintiff's declaratory judgment action is subject to dismissal because it is duplicative of Plaintiff's breach of contract claim. Further, Plaintiff's cause of actions for common law and

statutory bad faith should be dismissed because a reasonable coverage dispute does not give rise to a bad faith or CUTPA/CUIPA claim. Indeed, Plaintiff's claim for breach of the implied covenant of good faith and fair dealing fails to allege any facts sufficient to allege a dishonest purpose or sinister motive; and, Plaintiff's CUTPA/CUIPA claim fails to allege facts to establish that Harleysville engaged in prohibited acts with such frequency as to indicate a general business, as required to state a claim under CUTPA/CUIPA.

**WHEREFORE**, Harleysville Preferred Insurance Company respectfully requests that this Court dismiss Counts I, III, and IV of the Second Amended Complaint, as well as the corresponding claims for relief.

Dated: West Hartford, Connecticut
      April 29, 2019

**DEFENDANT,**
**HARLEYSVILLE PREFERRED INSURANCE**
**COMPANY**

By:    /s/ Robert D. Laurie
    Robert D. Laurie, Esq. ct24978
    Heather L. McCoy ct28788
    Seiger Gfeller Laurie LLP
    977 Farmington Ave., Suite 200
    West Hartford, CT 06107
    Tel. 860-760-8400
    Fax. 860-860-8401
    rlaurie@sgllawgroup.com
    hmccoy@sgllawgroup.com
    Its Attorneys

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 29th day of April 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


By:   /s/ Robert D. Laurie
      Robert D. Laurie, Esq. ct24978